Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>    vs.<br><br>Antonio Sosa-Giron, et.al.<br><br>       Defendant | Case No.: 2:07-cr-00435-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. Morrison C. England<br>Time:   9:00 a.m.<br>Date:   December 6, 2007 |

   Defendant Antonio Sosa-Giron is charged in an indictment alleging one count of a violation of 18 U.S.C. §1326(a) & (b)1 – Ilegal re-entry into the United States after deportation and commission of a felony.  A status conference was previously set for November 8, 2007. The parties are involved in defense investigation, as well as negotiations and the defendant requests that the current status conference be continued to December 6, 2007, if that date is available with the Court.

///

///

///

-1-

1    The parties agree that time should be excluded under 18 U.S.C. §
2 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: November 6, 2007            Respectfully submitted,


                                   __/s/ Shari Rusk___
                                   Shari Rusk
                                   Attorney for Defendant
                                   Antonio Sosa-Giron


                                   /s/ Kyle Reardon
                                   Assistant United States Attorney


**ORDER**

    IT IS SO ORDERED.  The Court finds excludable time through December 6, 2007, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: November 8, 2007

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE