Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:07-cr-00435-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| Antonio Sosa-Giron, et.al. | Court: Hon. Morrison C. England<br>Time: 9:00 a.m.<br>Date: February 21, 2007 |
| Defendant | |

Defendant Antonio Sosa-Giron is charged in an indictment alleging one count of a violation of 18 U.S.C. §1326(a) & (b)1 – Ilegal re-entry into the United States after deportation and commission of a felony. A status conference was previously set for December 6, 2007. The parties are involved in defense investigation, as well as negotiations and the defendant requests that the current status conference be continued to February 21, 2007, and that date is available with the Court.

///

///

///

///

///

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: December 3, 2007          Respectfully submitted,


                                 __/s/ Shari Rusk___
                                 Shari Rusk
                                 Attorney for Defendant
                                 Antonio Sosa-Giron


                                 /s/ Kyle Reardon
                                 Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through February 21, 2007, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: December 4, 2007

                                 _____
                                 MORRISON C. ENGLAND, JR
                                 UNITED STATES DISTRICT JUDGE