Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: 2:07-cr-00435-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court: Hon. Morrison C. England<br>) Time: 9:00 a.m.<br>) Date: March 19, 2008 |
| Antonio Sosa-Giron, et.al. | ) |
| Defendant | |

    Defendant Antonio Sosa-Giron is charged in an indictment alleging one count of a violation of 18 U.S.C. §1326(a) & (b)1 – Illegal re-entry into the United States after deportation and commission of a felony.  A status conference was previously set for February 21, 2008. The parties are involved in defense investigation, as well as negotiations and the defendant requests that the current status conference be continued to March 19, 2008, and that date is available with the Court.

///

///

///

-1-

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: February 21, 2008          Respectfully submitted,


                                  __/s/ Shari Rusk___
                                  Shari Rusk
                                  Attorney for Defendant
                                  Antonio Sosa-Giron


                                  /s/ Kyle Reardon
                                  Assistant United States Attorney


**ORDER**

   IT IS SO ORDERED.  The Court finds excludable time through March 19, 2008, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: February 22, 2008

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE